```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 11939
   RANDAL M SHERLEY
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-1906


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/10/2008 and was confirmed 07/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  14.00%.

     The case was dismissed after confirmation 11/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG        .00              .00            .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE        .00              .00            .00
COOK COUNTY TREASURER     SECURED NOT I        .00              .00            .00
COOK COUNTY COLLECTOR     NOTICE ONLY    NOT FILED             .00            .00
BMW BANK OF NORTH AMERIC  SECURED VEHIC        .00              .00            .00
BMW BANK OF NORTH AMERIC  UNSECURED            .00              .00            .00
AMC MORTGAGE SERVICES     MORTGAGE NOTI  NOT FILED             .00            .00
WASHINGTON MUTUAL         MORTGAGE NOTI  NOT FILED             .00            .00
SCHOTTLER & ASSOCIATES    PRIORITY       NOT FILED             .00            .00
ADT SECURITY SERVICES     NOTICE ONLY    NOT FILED             .00            .00
CITY OF CHICAGO PARKING   UNSECURED         310.00              .00            .00
COMCAST                   NOTICE ONLY    NOT FILED             .00            .00
COOK COUNTY STATES ATTOR  NOTICE ONLY    NOT FILED             .00            .00
COMCAST                   NOTICE ONLY    NOT FILED             .00            .00
CHASE                     NOTICE ONLY    NOT FILED             .00            .00
BENEFICIAL/HOUSEHOLD FIN  UNSECURED      NOT FILED             .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED         2870.38             .00            .00
ST IL DEPT TRANSPORTATIO  NOTICE ONLY    NOT FILED             .00            .00
NICOR GAS                 NOTICE ONLY    NOT FILED             .00            .00
AT&T                      NOTICE ONLY    NOT FILED             .00            .00
SUDHIR M GOKHALE MD       NOTICE ONLY    NOT FILED             .00            .00
CHEMLAWN                  NOTICE ONLY    NOT FILED             .00            .00
BMW BANK OF NORTH AMERIC  NOTICE ONLY    NOT FILED             .00            .00
SHERLEY LASONYA           NOTICE ONLY    NOT FILED             .00            .00
CITI RESIDENTIAL LENDING  NOTICE ONLY    NOT FILED             .00            .00
BMW FINANCIAL SERVICE NA  NOTICE ONLY    NOT FILED             .00            .00
SCHOTTLER & ASSOCIATES    REIMBURSEMENT      31.20              .00          31.20
ILLINOIS DEPT OF REVENUE  PRIORITY         2846.46              .00            .00
SCHOTTLER & ASSOCIATES    DEBTOR ATTY     3,500.00                           865.80
TOM VAUGHN                TRUSTEE                                             78.00
DEBTOR REFUND             REFUND                                                .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 11939 RANDAL M SHERLEY
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS | DISBURSEMENTS |
|----------------------|---------:|--------------:|
| TRUSTEE              |   975.00 |               |
| PRIORITY             |          |         31.20 |
| SECURED              |          |           .00 |
| UNSECURED            |          |           .00 |
| ADMINISTRATIVE       |          |        865.80 |
| TRUSTEE COMPENSATION |          |         78.00 |
| DEBTOR REFUND        |          |           .00 |
| TOTALS               |   975.00 |        975.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 11939 RANDAL M SHERLEY